```
                                        FILED
                                    2010 JUL -8  PM 2:52

                                    _____

                                    BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR 2739 WQH |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 18, U.S.C., Secs. 1591(a) and (b) - Sex Trafficking of Children or By Force, Fraud or Coercion; |
| CHARLES DUAN HAMILTON, aka "Chalie", aka "C", | Title 18, U.S.C., Sec. 1594(d) - Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

On or about and between April 4, 2010 and June 9, 2010, within the Southern District of California, and elsewhere, defendant CHARLES DUAN HAMILTON, aka "Chalie", aka "C", knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Minor Female #1, (1) knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means would be, and was in fact, used to cause Minor Female #1 to engage in a commercial sex act; (2) knowing and in reckless disregard of the fact that Minor Female #1 would be caused to engage in a commercial sex act; and (3) having had a reasonable opportunity to observe Minor

APS:lml:San Diego
7/8/10

Female #1 and knowing and in reckless disregard of the fact that Minor Female #1 had not attained the age of 18 years; in violation of Title 18, United States Code, Sections 1591(a) and (b).

## FORFEITURE ALLEGATION

1. The allegations contained in the above Count of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 1594(d).

2. Upon conviction of the offense alleged in the above Count, which involves violations of Title 18, United States Code, Section 1591(a)(sex trafficking of children or by force, fraud or coercion), defendant CHARLES DUAN HAMILTON, aka "Chalie", aka "C", shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594, all right, title and interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. One black 2006 BMW, California license plate #6EEY135, VIN# WBAHN83596DT59419.

    b. One silver 2008 Dodge Charger, California license plate #6LPS002, VIN# 2B3KA53H48H265338.

    c. One black/dark brown Lexus, California license plate #6DJF327, VIN# JTHBA30G355056740.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant -

      (a)   cannot be located upon the exercise of due diligence;

      (b)   has been transferred or sold to, or deposited with, a third party;

      (c)   has been placed beyond the jurisdiction of the Court;

      (d)   has been substantially diminished in value; or

      (e)   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 1594(d).

DATED: July 8, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney